AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Michigan

| | |
|---|---|
| United States of America<br>v.<br>Melvin James Harris<br>(a/k/a Malvin James Harris)<br><br>*Defendant(s)* | Case No.<br>1:19-mj-280 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 18, 2019__ in the county of __Leelanau__ in the __Western__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1) and (b) | Assaulting, Resisting, or Impeding Certain Officers or Employees (bodily injury) |

This criminal complaint is based on these facts:
See Attached Continuation.

☑ Continued on the attached sheet.

_____
Complainant's signature

Det. George Preston, GTB Tribal Police
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 8/19/19

City and state: Grand Rapids, Michigan

_____
Judge's signature

Phillip J. Green, U.S. Magistrate Judge
*Printed name and title*