UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                                     No. 1:19-CR-209

    vs.                                        Hon. Janet T. Neff
                                                U.S. District Judge

MELVIN JAMES HARRIS,
VANESSA LOUISE HUNTER, and
COREY JOHN RAPHAEL,

        Defendants.
_____/

## STIPULATION REGARDING PROTECTIVE ORDER

The United States and the defendants agree to the following as uncontested facts:

On September 30, 2019, the Court entered a Protective Order in this case, governing how Melvin James Harris was permitted to use "sensitive discovery material." Government Exhibit 10 is an accurate and authentic copy of that Order and is admissible as evidence in this case.

                                                    Respectfully submitted,

                                                    ANDREW BYERLY BIRGE
                                                    United States Attorney

Dated:  March 2, 2020                  /s/ Sean M. Lewis
                                                    SEAN M. LEWIS
                                                    Assistant United States Attorney

Dated:  March 13    , 2020         /s/ Heath M. Lynch (with permission)
                                                    HEATH LYNCH
                                                    Attorney for Defendant Melvin James Harris

Dated:  March 5     , 2020         /s/ Deno Fotieo (with permission)
                                                    DENO FOTIEO
                                                    Attorney for Defendant Vanessa Louise Hunter

Dated: __March 5__, 2020         __/s/ Craig W. Elhart (with permission)__
                                 CRAIG W. ELHARDT
                                 Attorney for Defendant Corey John Raphael


IT IS SO ORDERED.  Motion in limine (ECF No. 90) is dismissed as moot.

Date:    __March 19__, 2020         ___/s/ Janet T. Neff___
                                    JANET T. NEFF
                                    United States District Judge