UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

MELVIN JAMES HARRIS,
VANESSA LOUISE HUNTER, and
COREY JOHN RAPHAEL,

        Defendants.
_____/

No. 1:19-CR-209

Hon. Janet T. Neff
U.S. District Judge

## STIPULATION REGARDING GOVERNMENT EXHIBIT 8

The United States and the defendants agree to the following as uncontested facts:

Government Exhibit 8 is surveillance video footage captured at the Newaygo County Jail on the evening of October 16, 2019. The jail's video surveillance system captures only video and not sound. This system was in good working order at the time, and the footage fairly and accurately depicts the people and area shown in the video. Government Exhibit 8 is admissible as evidence in this case.

Respectfully submitted,

ANDREW BYERLY BIRGE
United States Attorney

Dated: April 28, 2020

/s/ Sean M. Lewis
SEAN M. LEWIS
Assistant United States Attorney

Dated: June 15, 2020

HEATH LYNCH
Attorney for Defendant Melvin James Harris

Dated: June 9, 2020

MELVIN JAMES HARRIS
Defendant

1

Dated: __June 15__, 2020     ___/s/ Deno Fotieo (with permission)___
DENO FOTIEO
Attorney for Defendant Vanessa Louise Hunter

Dated: __April 30__, 2020     ___/s/ Craig W. Elhart (with permission)___
CRAIG W. ELHART
Attorney for Defendant Corey John Raphael

IT IS SO ORDERED

Dated: __June 16__, 2020     ___/s/ Janet T. Neff___
JANET T. NEFF
United States District Judge

2