UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MELVIN JAMES HARRIS, VANESSA LOUISE HUNTER and COREY JOHN RAPHAEL,

    Defendants.
_____/

Case No. 1:19-cr-209

HON. JANET T. NEFF

## ORDER

In accordance with the Bench Opinion issued by the Court at the Final Pretrial Conference conducted on June 29, 2020:

**IT IS HEREBY ORDERED** that Defendant Harris' Motion in Limine to Exclude Proposed Res Gestae Evidence (ECF No. 120) is DENIED for the reasons stated on the record.

Dated: June 29, 2020

    /s/ Janet T. Neff
JANET T. NEFF
United States District Judge